# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 7 |
| Tri-Valley Corporation, *et al.*,[1] | : |
| | : Case No. 12-12291 (MFW) |
| Debtors. | : |
| | : |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, *et al.*, | : |
| | : |
| Plaintiff. | : |
| | : |
| v. | : |
| | : |
| Flyres Energy LLC, | : Adv. Pro. No. 14-50451 (MFW) |
| Luna & Glushon, Inc., | : Adv. Pro. No. 14-50455 (MFW) |
| Wayne Long & Company, | : Adv. Pro. No. 14-50462 (MFW) |
| Bush, James, G., | : Adv. Pro. No. 14-50624 (MFW) |
| Deloitte & Touche, LLP, | : Adv. Pro. No. 14-50626 (MFW) |
| FTI Consulting, Inc., | : Adv. Pro. No. 14-50628 (MFW) |
| NFP Property & Casualty Service, Inc., | : Adv. Pro. No. 14-50629 (MFW) |
| Oil Well Service Company, | : Adv. Pro. No. 14-50630 (MFW) |
| Southern California Gas Company, | : Adv. Pro. No. 14-50633 (MFW) |
| Weatherford, Inc. | : Adv. Pro. No. 14-50634 (MFW) |
| Defendants. | |

## THIRD STATUS REPORT

The Plaintiff, Charles A. Stanziale, Jr., in his capacity as Chapter 7 Trustee of Tri-Valley Corporation, et al. hereby files the following status report:

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, Co., and Select Resources Corporation, Inc.

ME1 21132171v.1

Dated: September 15, 2015
Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE #2936)
Kate R. Buck (DE #5140)
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-630
wtaylor@mccarter.com
kbuck@mccarter.com

 -  and  -

Charles A. Stanziale, Jr., Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for the Chapter 7 Trustee*

-  and  -

**CIARDI CIARDI & ASTIN**

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (DE #4068)
John D. McLaughlin, Jr. (De #4123)
Joseph J. McMahon, Jr. (DE #4819)
1204 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 658-1100
jmcmahon@ciardilaw.com

*Special Conflicts Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee*

**STATUS A**

Cases where service is incomplete and the following defendant(s) have not been served:

- None -

**STATUS B**

Cases where service is complete, Answers are still due:

- None –

**STATUS C**

Cases where service is complete, no answer has been filed, motion or request for Default Judgment to be filed.

-None-

ME1 21132171v.1

**STATUS D**

The following cases have settled and payment is pending and/or received:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| James G. Bush | 14-50624 | 9019 Motion Has Been Filed. |
| Deloitte & Touche, LLP (Special Conflict Counsel) | 14-50626 | Settlement Agreement Pending. |
| NFP Property & Casualty Service, Inc. (Special Conflict Counsel) | 14-50629 | Settlement Agreement Pending. |

**STATUS E**

The following cases has been resolved/settled, Notice/Stipulation of Dismissal filed.

- None –

## **STATUS F**

Cases where service is complete, answer has been filed.

| **Defendant Name** | **Adversary Number** | **Status** |
|---|---|---|
| Southern California Edison (Special Conflict Counsel) | 14-50632 | An Answer has been filed. |
| Weatherford, Inc. (Special Conflicts Counsel) | 14-50634 | An Answer has been filed. |

**STATUS G**

Cases where a Mediator has been selected or appointed.

| | | |
|---|---|---|
| Flyres Energy LLC | 14-50451 | Bradford J. Sandler, Esquire is Appointed as the Mediator in this Adversary Proceeding. |
| Luna & Glushon, Inc. | 14-50455 | Bradford J. Sandler, Esquire is Appointed as the Mediator in this Adversary Proceeding. |
| Wayne Long & Company | 14-50462 | Bradford J. Sandler, Esquire is Appointed as the Mediator in this Adversary Proceeding. |
| FTI Consulting, Inc. (Special Conflicts Counsel) | 14-50628 | Bradford J. Sandler, Esquire is Appointed as the Mediator in this Adversary Proceeding. |
| Oil Well Service Company (Special Conflict Counsel) | 14-50630 | Bradford J. Sandler, Esquire is Appointed as the Mediator in this Adversary Proceeding. |
| Southern California Gas Company (Special Conflicts Counsel) | 14-50633 | Bradford J. Sandler, Esquire is Appointed as the Mediator in this Adversary Proceeding. |

2

**STATUS H**

Cases that are ready for trial.

- None -

ME1 21132171v.1

**STATUS I**

Cases where there are dispositive motions pending.

- None -

**STATUS J**

Cases which are stayed by the filing of another bankruptcy action affecting a party in this matter.

- None -

**STATUS K**

Cases in which an Appeal is pending.

- None -